# UNITED STATES BANKRUPTCY COURT

For the Western District of Missouri

| | | |
|---|---|---|
| LEWIS BROTHERS BAKERIES INC., and<br>CHICAGO BAKING CO.<br>　　　Plaintiff(s)<br>v.<br><br>INTERSTATE BRANDS CORPORATION<br><br>　　　Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 04-45814-JWV<br><br><br><br><br>Adv. No. 08-4239-JWV |

## JUDGMENT

■　　This proceeding having come on for trial or hearing before the court, the Honorable JERRY W. VENTERS, United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

IT IS ORDERED AND ADJUDGED: that Judgment is hereby entered in favor of the Defendant and against the Plaintiffs in the above captioned adversary complaint. Accordingly, the Court finds that the License Agreement at issue in the complaint and analyzed in the Memorandum Opinion is an executory contract for purposes of 11 U.S.C. § 365.

ANN THOMPSON
*Court Executive*

*[Seal of the U. S. Bankruptcy Court]*

Date of Issuance:　　June 4, 2010　　　　　　　　　／s／Debra L. Harden

　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

A copy of the foregoing mailed conventionally or
electronically to:　　　　　　　　　　　　　　　　　Judgment entered ___6/4/10___
Paul M. Hoffman
Eric L. Johnson